# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Securities & Exchange Commission,

Plaintiff(s),

v.

Patrick G Rooney and Solaris Management, LLC,

Defendant(s).

Case No. 11 C 8264
Judge Charles P. Kocoras

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $        ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment in favor of Plaintiff Securities and Exchange Commission and against defendants Patrick G. Rooney and Solaris Management, LLC in the amount of disgorgement of $715,700 plus prejudgment interests of $166,476 against Defendants on a joint and several basis, a civil penalty of $715,700 against Rooney, and a conditional officer and director bar against Rooney.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion for disgorgement, penalties and other relief.

Date: 7/14/2014                              Thomas G. Bruton, Clerk of Court

Yolanda Pagan, Deputy Clerk